

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00461-CV

**IN THE INTEREST OF S.K.K AND H.A.K. CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2718-CV
Honorable William Old, Judge Presiding

# O R D E R

This appeal was dismissed on September 5, 2018, because appellant did not respond to this court's order regarding appellant's failure to pay the filing fee for the appeal. In response to a motion for rehearing, we again ordered appellant to show cause in writing by October 5, 2018, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee.

On October 5, 2018, appellant filed a response addressing the merits of his appeal. Although appellant refers to his financial situation, he does not directly address whether he is entitled to appeal without paying the filing fee. Although this court may permit a party to proceed without payment of costs, appellant must file a Statement of Inability to Afford Payment of Court Costs in order to establish his indigence. *See* TEX. R. APP. P. 20.1(c).

It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is claiming an inability to pay the filing fee and other costs of appeal by filing a Statement of Inability to Afford Payment of Court Costs in the form enclosed with this order. If appellant fails to respond within the time provided, the motion for rehearing will be denied.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court